

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00290-CV

---

Patricia Bauerle Summers, Appellant

v.

Maegan Fox Kuykendall, Vickie Lee Gaudin, and Travis Dan Bauerle, Appellees

---

On Appeal from the County Court
Burnet County, Texas
Trial Court No. 50496

---

## MEMORANDUM OPINION

Appellant, Patricia Bauerle Summers, filed an "Agreed Motion to Dismiss." In the motion, Summers states that the parties have reached a settlement of the claims at issue in this case and requests that we dismiss the appeal and "tax all costs to the party incurring same." Tex. R. App. P.

42.1(a), (d). All parties to this appeal signed the motion, indicating their agreement with the motion. No opinion has issued. Tex. R. App. P. 42.1(c).

We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a). We dismiss any other pending motions as moot. Costs will be taxed against the party incurring the costs. Tex. R. App. P. 42.1(d).


LISA J. SOTO, Justice

July 6, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.